# EXHIBIT 1-C

Message

| From: | Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89] |
|---|---|
| Sent: | 3/6/2025 2:07:38 PM |
| To: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| Subject: | RE: Loving, Kathryn shared "contract_details" with you |

It's possible he did not have them in his list… It seems like he is sometimes working from a list other than the one we provide, or our list from 2-3 weeks ago.
I think the language is clear enough here that we should halt the other 17. i.e. Travis said the "entire" program.

Kathryn

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Thursday, March 6, 2025 8:43 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** FW: Loving, Kathryn shared "contract_details" with you

It looks like there were 17 other pre-award actions under this program that were not selected. Any idea why?

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Monday, March 3, 2025 8:40 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

And here is the next set—$116,449,76. The entire "Reducing Embodied GHG Emissions for Construction Materials and Products" Environmental Product Declaration Assistance program.

| Date Cancellation Process Started | Rationale | Terms and Conditions (T&C) | URL | Financial Account Indentifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) |
|---|---|---|---|---|---|---|---|

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108101 | $1,298,635.00 | | $1,298,635.00 |

EPA_00036657

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108601 | $2,146,625.00 | | $2,146,625.00 |

EPA_00036658

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84109001 | $2,189,939.00 | | $2,189,939.00 |

EPA_00036659

| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108501 | $2,445,363.00 | | $2,445,363.00 |

EPA_00036660

2/16/2025

| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108001 | $2,486,224.00 | | $2,486,224.00 |
|---|---|---|---|---|---|---|---|

EPA_00036661

2/16/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107101 | $2,499,999.00 | | $2,499,999.00 |

EPA_00036662

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84106801 | $3,268,757.00 | | $3,268,757.00 |

EPA_00036663

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108901 | $3,500,000.00 | | $3,500,000.00 |

EPA_00036664

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108701 | $3,887,329.00 | | $3,887,329.00 |

2/16/2025

| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84109301 | $4,222,307.00 | | $4,222,307.00 |
|---|---|---|---|---|---|---|---|

EPA_00036666

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84110601 | $4,662,182.00 | | $4,662,182.00 |

EPA_00036667

2/16/2025

| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84110001 | $6,000,000.00 | | $6,000,000.00 |
|---|---|---|---|---|---|---|---|

EPA_00036668

2/16/2025

| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84111301 | $6,000,000.00 | | $6,000,000.00 |
|---|---|---|---|---|---|---|---|

EPA_00036669

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107801 | $6,186,200.00 | | $6,186,200.00 | |

EPA_00036670

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108301 | $6,371,426.00 | | $6,371,426.00 |

EPA_00036671

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107301 | $9,632,293.00 | | $9,632,293.00 |

2/16/2025

| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84111101 | $9,696,503.00 | | $9,696,503.00 |
|---|---|---|---|---|---|---|---|

2/16/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84110301 | $9,975,000.00 | | $9,975,000.00 |

EPA_00036674

2/16/2025

| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108801 | $9,990,311.00 | | $9,990,311.00 |

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107001 | $9,990,668.00 | | $9,990,668.00 |

EPA_00036676

2/16/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107901 | $10,000,000.00 | | $10,000,000.00 |

**Recipient Name**

ROCHESTER
INSTITUTE OF
TECHNOLOGY

EPA_00036678

t3622 - NATIONAL
GLASS
ASSOCIATION

EPA_00036679



t7534 - EIFS
Industry Members
Association

EPA_00036680



t6083 - PORTLAND
CEMENT
ASSOCIATION



WEST VIRGINIA
UNIVERSITY
RESEARCH
CORPORATION

EPA_00036682



CORNELL
UNIVERSITY

EPA_00036683



University of Texas
at Austin

EPA_00036684



t9814 -
INTERNATIONAL
CODE COUNCIL,
INC.

EPA_00036685



t9433 - EVANSTON
REBUILDING
WAREHOUSE

EPA_00036686



UNIVERSITY OF
CALIFORNIA,
DAVIS

EPA_00036687



t1259 -
INTERNATIONAL
LIVING FUTURE
INSTITUTE

EPA_00036688

t8613 - AMERICAN
WOOD COUNCIL



t6030 -
COLLABORATIVE
COMPOSITE
SOLUTIONS CORP

EPA_00036690



t9952 - Hemp
Building Institute

EPA_00036691



UNIVERSITY OF
MASSACHUSETTS
LOWELL

EPA_00036692



t9195 - NATIONAL READY-MIXED CONCRETE ASSOCIATION



t0497 - AMERICAN
CENTER FOR LIFE
CYCLE
ASSESSMENT

EPA_00036694

t9174 -
PRESTRESSED
CONCRETE
INSTITUTE

EPA_00036695



OKLAHOMA
STATE
UNIVERSITY

EPA_00036696



UNIVERSITY OF
WASHINGTON

EPA_00036697

t7105 - NATIONAL
ASPHALT
PAVEMENT
ASSOCIATION
INC

--

Travis Voyles