# EXHIBIT 1-E

# GRANT TERMINATION SOP
200.340 Unilateral Termination Procedures
Final 02/20/2025

This procedure is applicable to any assistance agreements subject to EPA General Terms and Conditions effective August 13, 2020 and all subsequent updates.

This action is both an Amendment and a Termination Notification under 2 CFR 200.341, meaning that it must be signed by an EPA Decision Official (generally an EPA Award Official/Grants Management Officer), and cannot be delegated.

[ HYPERLINK "https://work.epa.gov/sites/default/files/2024-06/sop_2024_g01.pdf" ] Awarding Official delegation list:

**Awarding Officials**

'✓' indicates delegated awards official(s) by region.

| Region | GMO/Branch Manager (BM) | MSDD/SRO |
|---|---|---|
| Region 1 | | ✓ |
| Region 2 | ✓(GMO *de-obligations/decreases only* < $1M) | ✓ |
| Region 3 | ✓ (BM < $5M) | ✓ (> $5M) |
| Region 4 | ✓ (GMO) | |
| Region 5 | ✓ (GMO) (BM) | |
| Region 6 | ✓ (GMO < $5M) | ✓ (> $5M) |
| Region 7 | ✓ (GMO) | |
| Region 8 | ✓ (GMO) | |
| Region 9 | ✓ (GMO) | |
| Region 10 | ✓ (GMO, BM, Tribal Grant Section Manager) | |
| OGD HQ | ✓ (GMO, BM, Division Director) | |

## The Change Request (CR) and Amendment Process – Grant Specialist (GS)

To prepare the amendment for signature, the GS performs the following actions:

A. Initiate a Change Request for "General Amendment Requiring Signature"



B. Document and type on the "Details" of the CR as follows:

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

EPA_00142781