UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUILDING MATERIAL RE-USE ASS'N,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Civil Action No. 25-2493 (ABJ) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency, by and through undersigned counsel, respectfully move to extend their deadline to answer or respond to Plaintiff's Complaint—from September 30, 2025, to October 14, 2025. Counsel for Defendants conferred with Plaintiff under Local Civil Rule 7(m). Plaintiff courteously consented to the relief sought herein. The grounds for this motion are as follows.

Plaintiff filed this lawsuit on August 1, 2025. *See* Compl. (ECF No. 1). The Complaint alleges constitutional claims and Administrative Procedure Act violations related to cancellation of grant funding initially authorized under the Inflation Reduction Act. Defendants were served with the Summons and Complaint on August 1, 2025, when they were received by certified mail at the United States Attorney's Office for the District of Columbia.

There is good cause for this first requested extension. Undersigned counsel was just recently assigned to this matter and requires additional time to review the background of the case and discuss the matter with assigned agency counsel. Additionally, the agency requires additional

time to research the facts underlying this matter to understand plaintiff's claims and provide guidance to the undersigned about this action.

This motion is filed in good faith, not for purposes of gaining any unfair advantage through delay, and is supported by good cause. This is Defendants' first request for an extension of time in this case. There are not yet other deadlines in this case. Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff nor will it adversely affect this Court's orderly administration of this matter. Indeed, Plaintiff's consent indicates that it will not suffer any prejudice.

For these reasons, Defendants respectfully request that the Court extend the time for them to file a motion to dismiss, to answer, or otherwise respond to the Complaint through October 14, 2025, as proposed in the attached proposed order.

Dated: September 25, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Allison I. Brown
     ALLISON I. BROWN
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     Telephone: (202) 252-7822
     allison.brown2@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUILDING MATERIAL RE-USE ASS'N,<br><br>              Plaintiff,<br><br>       v.<br><br>ENVIRONMENTAL PROTECTION<br>AGENCY, et al.,<br><br>              Defendants. | Civil Action No. 25-2493 (ABJ) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to answer/respond to the Complaint, for good cause shown, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including October 14, 2025, to file an answer or response to the Complaint.

SO ORDERED:

_____                                  _____
Dated                                                                                          AMY BERMAN JACKSON
                                                                                                         United States District Judge

3