UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUILDING MATERIALS RE-USE ASS'N,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Civil Action No. 25-2493 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 28, 2026, Plaintiff Building Materials Re-Use Association and Defendants Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency, respectfully submit this status report.

1. The Court previously stayed this matter pending decisions in *Vera Institute of Justice v. Dep't of Justice,* No. 25-5248 (D.C. Cir. argued Oct. 14, 2025) and *Climate United Fund, et al. v. Citibank*, No. 25-5122 (D.C. Cir. *en banc* argued Feb. 24, 2026). As noted previously, each of these two cases raises issues the resolution of which may affect the arguments or outcome in this litigation.

2. On August 4, 2026, the Court of Appeals for the District of Columbia Circuit issued a *per curiam* decision in *Climate United Fund, et al. v. Citibank*. The decision affirms the District Court's issuance of a preliminary injunction enjoining the Environmental Protection Agency from implementing a March 11, 2025, "Notice of Termination" of grants at issue in that case.

3. The parties also note that in the *Climate United Fund* case, the U.S. Government filed an Unopposed Motion to Stay the Mandate and Extend the Stay Pending Petition for Writ of

Certiorari, which the Court granted on August 7, 2026. The parties submit that this further supports a continued stay in this matter.

4. As the parties noted in their July 27, 2026 submission [Doc. No. 15], *Vera Institute of Justice v. Dep't of Justice* remains pending until an opinion issues in that case. The parties agree that the instant case should be stayed pending a decision on the merits there as well.

5. For the reasons stated above, the parties respectfully submit that the stay instituted by the July 28, 2026 Minute Order remain in effect. The Parties will file a joint status report within fourteen days of a ruling in the relevant cases, or on October 26, 2026 if a report has not been filed in the interim.

Dated: August 18, 2026

Respectfully submitted,

*<u>/s/ Timothy R. Oberleiton</u>*
Timothy Oberleiton (D.C. Bar No. 1617107)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
toberleiton@earthjustice.org

Meghan L. Riley (Tx. Bar No. 24049373)
(admitted pro hac vice)
EARTHJUSTICE
845 Texas Avenue, Suite 200
Houston, TX 77002
(512) 436-3988
mriley@earthjustice.org
Counsel for Plaintiff
Building Materials Re-Use Association

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Malcolm McDermond</u>*
MALCOLM MCDERMOND
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-1709
malcolm.mcdermond@usdoj.gov

*Attorneys for the United States of America*